```
 1  BILL LOCKYER                                        **E-filed 10/31/06**
    Attorney General of the State of California
 2  PAUL HAMMERNESS
    Supervising Deputy Attorney General
 3  TOM BLAKE, State Bar No. 51885
    TROY B. OVERTON, State Bar No. 171263
 4  Deputy Attorneys General
      455 Golden Gate Avenue, Suite 11000
 5    San Francisco, CA  94102-7004
      Telephone: (415) 703-5516
 6    Fax: (415) 703-5480
      Email: Troy.Overton@doj.ca.gov
 7
    Attorneys for Defendants
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ROSEANNE MCLEAN, | Case No. C 06-04795 JF HRL |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| MATT SECK, et al. | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R.5). The parties agree to hold the ADR session by February 15, 2007.

Dated: 10/26/06

Troy B. Overton, Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
Attorneys for Defendants

Dated: _____

William L. Marder, Esq.
POLARIS LAW GROUP, LLP
Attorneys for Plaintiff

Stipulation and [Proposed] Order Selecting ADR Process        Roseanne McLean v. Matt Seck, et al.
                                                                                 C 06-04795 JF

1

1  BILL LOCKYER
   Attorney General of the State of California
2  PAUL HAMMERNESS
   Supervising Deputy Attorney General
3  TOM BLAKE, State Bar No. 51885
   TROY B. OVERTON, State Bar No. 171263
4  Deputy Attorneys General
   455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA 94102-7004
   Telephone: (415) 703-5516
6  Fax: (415) 703-5480
   Email: Troy.Overton@doj.ca.gov
7
   Attorneys for Defendants
8
9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ROSEANNE MCLEAN,<br><br>                    Plaintiff,<br><br>   v.<br><br>MATT SECK, et al.<br><br>                    Defendants. | Case No. C 06-04795 JF HRL<br><br>AMENDED STIPULATION AND<br>[PROPOSED] ORDER SELECTING<br>ADR PROCESS |

17
18  Counsel report that they have met and conferred regarding ADR and have reached the
19  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
20  The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R.5). The
21  parties agree to hold the ADR session by February 15, 2007.
22
23  Dated: _____          _____
                                    Troy B. Overton, Deputy Attorney General
24                                  OFFICE OF THE ATTORNEY GENERAL
                                    Attorneys for Defendants
25
26  Dated: 10/26/06                 _William L Marder_____
                                    William L. Marder, Esq.
27                                  POLARIS LAW GROUP, LLP
                                    Attorneys for Plaintiff
28

Stipulation and [Proposed] Order Selecting ADR Process          Roseanne McLean v. Matt Seck, et al.
                                                                                    C 06-04795 JF

1

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to Early Neutral Evaluation (ENE). Deadline for ADR session is February 15, 2007.

IT IS SO ORDERED.

Dated: __10/31/06__

_____
United States District Judge
Jeremy Fogel

Stipulation and [Proposed] Order Selecting ADR Process

Roseanne McLean v. Matt Seck, et al.
C 06-04795 JF

2