**E-filed 11/1/06**

WILLIAM L. MARDER, ESQ. (CBN 170131)
**POLARIS LAW GROUP, LLP**
Attorneys At Law
501 San Benito Street, Suite 200
Hollister, CA 95023
(831) 531-4214

Attorneys for Plaintiff ROSEANNE MCLEAN,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEANNE MCLEAN,<br><br>Plaintiff,<br><br>v.<br><br>MATT SECK in his personal capacity; BRET AJAX in his personal capacity; FRANCISCO GONZALEZ in his personal capacity; MARK McCULLOUGH in his personal capacity; EDGAR VALDES in his personal capacity; DERRICK MARION in his personal capacity; DAVE BICKEL in his personal capacity; JESUS GUTIERREZ in his personal capacity; KATE NEWMAN in her personal capacity; NATASHA VASQUEZ in her personal capacity; JOE McCULLOUGH in his personal capacity; ALBA ESPINOZA in her personal capacity; ALLISON MARTINEZ in her personal capacity; KEVIN ORTEGA in his personal capacity; and RICK ZAMORA in his personal capacity, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: C 06-04795 JF<br><br>**EX PARTE APPLICATION SEEKING CORRECTED SCHEDULING ORDER** |

---

1

EX PARTE APPLICATION SEEKING  CORRECTED SCHEDULING ORDER

U:\Bill\mclean\Ex Parte Application.doc

1. Plaintiff ROSEANNE MCLEAN hereby applies to the Court ex parte for an Order seeking a corrected scheduling order. The Scheduling Order previously issued by the Court applies to cases asserting denial of right of access under the Americans With Disabilities Act ("ADA") Title III (42 U.S.C., § 12181-89). The instant case does not involve any ADA claims. Instead, the instant case involves claims brought pursuant to 42 U.S.C. § 1983. Thus, the Court's Order does not seem appropriate for the instance case. For example, the current scheduling order requires a joint site inspection. Such an inspection would probably not be relevant to the instant case.

Dated: October 19, 2006         POLARIS LAW GROUP, LLP

                                By _____William L. Marder_____
                                WILLIAM L. MARDER, Attorney for Plaintiff
                                ROSEANNE MCLEAN

11/1/06   IT IS SO ORDERED.

                                JUDGE JEREMY FOGEL, US DISTRICT COURT