IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSEANNE McLEAN, Plaintiff, <br><br> v. <br><br> MATT SECK, et al., Defendant. | CASE NO. C06-04795 JF HRL <br><br> STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL [Fed. R. Civ. P. 41(a)] |

The parties, by and through their counsel of record, stipulate that this matter may be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys fees. The Parties therefore respectfully request that the Court dismiss this action with prejudice.

Dated: February 20, 2007

EDMUND G. BROWN JR.,
Attorney General of the State of California
TROY B. OVERTON,
Deputy Attorney General

/S/
by TOM BLAKE
Deputy Attorney General
Attorneys for Defendants

Dated: 2/21/07

POLARIS LAW GROUP

by WILLIAM L. MARDER, ESQ.
Attorneys for Plaintiff Roseanne McLean

## ORDER DISMISSING ACTION

**IT IS ORDERED** that this entire action be dismissed with prejudice pursuant to Rule 41(a), Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 2/23/07

_____
JEREMY FOGEL
United States District Judge

Stipulation and Order for Voluntary Dismissal                                Case No. C06-04795 JF HRL